PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Spencer W. Heelan          Cr.: 21-00828-001
PACTS #: 7516373

Name of Sentencing Judicial Officer:    THE HONORABLE JULIEN XAVIER NEALS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/09/2022

Original Offense:    Bank Robbery by Force or Violence, in violation of 18 U.S.C. § 2113(a), a Class C
felony

Original Sentence: 47 months imprisonment, 3 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Financial Disclosure, Mental Health
Treatment, New Debt Restrictions, Life Skills/Education, Victim (No Contact), Residential Reentry
Center Placement (6 months with weekend privileges or until a suitable residence is secured, as approved
by the U.S. Probation Office), Consent to Search (added 12/16/24), Restitution -- $1,000.00

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/10/2025

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     The individual under supervision has violated the special supervision condition
which states **'You must refrain from the illegal possession and use of drugs,
including prescription medication not prescribed in your name, and/or the
use of alcohol, and must submit to urinalysis or other forms of testing to
ensure compliance. It is further ordered that you must submit to evaluation
and treatment, on an outpatient or inpatient basis, as approved by the U.S.
Probation Office. You must abide by the rules of any program and must
remain in treatment until satisfactorily discharged by the Court. You must
alert all medical professionals of any prior substance abuse history,
including any prior history of prescription drug abuse. The U.S. Probation
Office will supervise your compliance with this condition.'**

On March 19, 2026, Mr. Heelan tested positive for fentanyl on a drug screen
administered at Philip House, a substance abuse treatment facility located in
Long Branch, New Jersey.

Prob 12A – page 2
Spencer W. Heelan

The individual under supervision has violated the mandatory supervision condition which states '**You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. The defendant shall make restitution in the amount $1,000.00. In the event the entire restitution is not paid prior to the commencement of supervision, you must satisfy the amount due in monthly installments of no less than $50, to commence 30 days after release from confinement.'**

Since the commencement of supervision, Mr. Heelan has put forth a good-faith effort in making payments towards his restitution obligation. Although he has not always been able to afford the Court-ordered $50 per month, he has paid a total of $310. There is currently a balance of $790.

U.S. Probation Officer Action:

In August 2025, Mr. Heelan was admitted to inpatient substance abuse treatment at New Hope Foundation, located in Marlboro, New Jersey. Following the completion of short-term inpatient, Mr. Heelan participated in halfway house placement at Philip House, located in Long Branch, New Jersey, where he resided and continued to receive treatment services. Mr. Heelan successfully completed his halfway house placement on February 25, 2026, and moved to a short-term rental in Asbury Park, New Jersey. Mr. Heelan continued with outpatient treatment services provided by Philip House, and on March 19, 2026, he admitted to his treatment counselor that he had recently relapsed. Mr. Heelan's treatment counselor has referred him for detox and readmission to inpatient substance abuse treatment at New Hope Foundation. Mr. Heelan is aware that he must participate in the program as recommended by clinicians until he is successfully discharged.

Additionally, due to Mr. Heelan's inpatient treatment, he currently has no source of income. At this time, the Probation Office would request that Mr. Heelan's monthly restitution payments be paused until he completes the treatment program and secures employment, at which time the Probation Office will assess Mr. Heelan's finances and ensure he resumes payments towards the Court-ordered restitution obligation.

The Probation Office respectfully requests no court action. We will continue to monitor Mr. Heelan's compliance with the conditions of supervision. Should additional noncompliance take place, the Court will be updated accordingly. We respectfully await Your Honor's final decision in this regard.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:    CARLY T. SCHULTZ
Senior U.S. Probation Officer

/ cts

APPROVED:

_IVETTELIS PEREZ_         March 24, 2026
IVETTELIS PEREZ                    Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Spencer W. Heelan

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3/24/2026
_____
Date